# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | John F. Grady | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 96 C 5024<br>93 C 7452 | DATE | September 25, 2002 |
| CASE TITLE | Factor VIII or IX Concentrate Blood Prods. Litigation (MDL-986) | | |

MOTION: [In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

DOCKET ENTRY:

(1) ☐ Filed motion of [ use listing in "Motion" box above.]

(2) ☐ Brief in support of motion due _____.

(3) ☐ Answer brief to motion due_____. Reply to answer brief due_____.

(4) ☐ Ruling/Hearing on _____ set for _____ at _____.

(5) ☐ Status hearing[held/continued to] [set for/re-set for] on _____ set for _____ at _____.

(6) ☐ Pretrial conference[held/continued to] [set for/re-set for] on _____ set for _____ at _____.

(7) ☐ Trial[set for/re-set for] on _____ at _____.

(8) ☐ [Bench/Jury trial] [Hearing] held/continued to _____ at _____.

(9) ☐ This case is dismissed [with/without] prejudice and without costs[by/agreement/pursuant to]
☐ FRCP4(m)  ☐ General Rule 21  ☐ FRCP41(a)(1)  ☐ FRCP41(a)(2).

(10) ■ [Other docket entry] Baxter-Armour's motion for an award of interest on Alpha's under-payment to the settlement trust [ ] is denied. ENTER MEMORANDUM OPINION.

( ) [For further detail see order (on reverse side of/attached to) the original minute order.]

| | No notices required, advised in open court. | Sara Gourley<br>Richard Berkman<br>Andrew Goldman<br>Geoffrey Smith | | Document Number |
|---|---|---|---|---|
| | No notices required. | | number of notices | |
| x | Notices mailed/faxed by judge's staff. | | SEP 3 0 2002 | 1520 |
| | Notified counsel by telephone. | | date docketed | |
| | Docketing to mail notices. | | CV docketing deputy initials | |
| | Mail AO 450 form. | U.S. DISTRICT COURT CLERK | | |
| | Copy to judge/magistrate judge. | | date mailed notice | |
| KAM | courtroom deputy's initials | 02 SEP 27 PM 4:03<br>Date/time received in central Clerk's Office | KAM mailing deputy initials | |

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| IN RE | ) | MDL-986 |
| | ) | |
| FACTOR VIII OR IX | ) | No. 96 C 5024 |
| CONCENTRATE BLOOD | ) | 93 C 7452 |
| PRODUCTS LITIGATION | ) | |
| | ) | |

**DOCKETED SEP 3 0 2002**

## ORDER

In our Memorandum Opinion of July 9, 2002, we requested additional submissions by the parties on the question of whether Baxter-Armour is entitled to interest on Alpha's under-payments to the settlement trust. We have reviewed these submissions and our conclusion is that there is no admissible evidence tending to show any agreement by Alpha to pay interest. In fact, we are satisfied that, whatever conversation there may have been, there was no such agreement.

The effort to prove the agreement was ill-starred from the outset, and, under the circumstances, we refuse Baxter-Armour's alternative request for equitable relief. Without going into detail, we will simply observe that an important prerequisite for equitable relief is altogether missing.

1520

Baxter-Armour's motion for an award of interest on Alpha's under-payment to the settlement trust is denied.[1]

Date:     September 25, 2002

ENTER:    _____
          John F. Grady, United States District Judge

---

[1] The principal amount owing is not in dispute, and we have no occasion to enter an order regarding that.