93-7452.061                                                    February 1, 2006

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| IN RE FACTOR VIII OR IX CONCENTRATE BLOOD PRODUCTS LIABILITY LITIGATION | ) ) ) ) | MDL 986<br><br>93 C 7452 |
| DOMENICO GULLONE, et al., | ) ) ) | |
| Plaintiffs, | ) ) | This document relates to:<br><br>1:03-CV-8928 |
| v. | ) ) | |
| BAYER CORPORATION, et al., | ) ) | |
| Defendants. | ) | |

## FINAL JUDGMENT ORDER

The court having granted the motion of the defendants for a dismissal of the claims of plaintiffs Adrian Melson, Maxine Melson, Colin Potts, Haydn Lewis, Gaynor Lewis, Norman Kidd, Gary Wade and Pamela Blackwell, on the ground of *forum non conveniens*, and having expressly determined that there is no just reason for delaying the entry of final judgment as to those plaintiffs,

NOW THEREFORE, it is ordered and adjudged that final judgment is entered against the plaintiffs Adrian Melson, Maxine Melson, Colin Potts, Haydn Lewis, Gaynor Lewis, Norman Kidd, Gary Wade and Pamela Blackwell, and in favor of the defendants Bayer Corporation, Baxter Healthcare Corporation, Armour Pharmaceutical Company,

- 2 -

Aventis Inc., Aventis Behring LLC and Alpha Therapeutic Corporation, dismissing the plaintiffs' claims on the ground of *forum non conveniens*.

DATED: February 1, 2006

ENTER: _____
United States District Judge