UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE FACTOR VIII OR IX CONCENTRATE BLOOD PRODUCTS LIABILITY LITIGATION | MDL No. 986 JFG<br><br>Case No. 1:93cv7452 |
| ESTATE OF HECTOR OSCAR DE ANNA, YOLANDA C. PAZ and JULIETA SOLEDAD DE ANNA,<br><br>Plaintiffs,<br><br>v.<br><br>ALPHA THERAPEUTIC CORPORATION, a California corporation, BAYER CORPORATION, an Indiana corporation successor to CUTTER BIOLOGICAL, a California corporation; BAXTER HEALTHCARE CORPORATION, a Delaware corporation, and its HYLAND DIVISION; ARMOUR PHARMACEUTICAL COMPANY, INC., a Delaware corporation, AVENTIS BEHRING LLC, a Delaware corporation, and AVENTIS INC., a Pennsylvania corporation,<br><br>Defendants. | THIS DOCUMENT RELATES TO: CASE NO.: 1:04-cv-03501<br><br>FILED<br>MAY - 4 2006<br>MICHAEL W. DOBBINS<br>CLERK, U.S. DISTRICT COURT |

## STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1), plaintiffs ESTATE OF HECTOR OSCAR DE ANNA, YOLANDA C. PAZ AND JULIETA SOLEDAD DE ANNA and defendants ALPHA THERAPEUTIC CORPORATION, BAYER CORPORATION, BAXTER HEALTHCARE CORPORATION, ARMOUR PHARMACEUTICAL COMPANY, AVENTIS BEHRING LLC, and AVENTIS INC., by their undersigned counsel, hereby stipulate and agree that all claims and

proposed claims by the ESTATE OF HECTOR OSCAR DE ANNA, YOLANDA C. PAZ AND JULIETA SOLEDAD DE ANNA in the above-captioned action be DISMISSED WITHOUT PREJUDICE, without fees, costs, expenses or interest to any party.

ESTATE OF HECTOR OSCAR DE ANNA, YOLANDA C. PAZ AND JULIETA SOLEDAD DE ANNA
By their attorneys,

_Arnoldo Casillas_

Arnoldo Casillas, Esquire
Moreno, Becerra & Casillas
3500 West Beverly Boulevard
Montebello, California 90640
Telephone: (323) 725-0917
Facsimile: (323) 725-0350

ALPHA THERAPEUTIC CORPORATION
By its attorneys,

_Kevin J. Stack / KPB_

Kevin J. Stack, Esquire
Knapp, Petersen & Clarke
500 North Brand Boulevard, 20th Floor
Glendale, CA 91203-1904
Telephone: (818) 547-5168
Facsimile: (818) 547-5329

BAYER CORPORATION
By its attorneys,

_Kaspar J. Stoffelmayr / KPB_

Kaspar J. Stoffelmayr, Esquire
Bartlit Beck Herman Palenchar & Scott LLP
1899 Wynkoop Street, 8th Floor
Denver, CO 80202
Telephone: (303) 592-3100
Facsimile: (303) 592-3140

BAXTER HEALTHCARE CORPORATION
By its attorneys,

_Kathryn L. Connelly / KPB_

Richard L. Berkman, Esquire
Kathryn L. Connelly, Esquire
Dechert LLP
Cira Centre
2929 Arch Street
Philadelphia, PA 19104
Telephone: (215) 994-4000
Facsimile: (215) 994-2222

ARMOUR PHARMACEUTICAL COMPANY, AVENTIS BEHRING LLC, AVENTIS INC.
By their attorneys,

_Tamar B. Kelber / KPB_

Tamar B. Kelber, Esquire
Sidley Austin LLP
One South Dearborn Street
Chicago, IL 60603
Telephone: (312) 853-7000
Facsimile: (312) 853-7036

Dated: __May 2__, 2006